## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

Darrell Taylor,                                      Civil No. 09-1632 (RHK/JJK)

             Petitioner,                      **ORDER**

vs.

Warden B.R. Jett,

             Respondent.

___

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 15, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, **IT IS ORDERED**:

     1. The Report and Recommendation (Doc. No. 10) is **ADOPTED**;

     2. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**; and

     3. This action is **DISMISSED WITH PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: February 5, 2010

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge